UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------:
SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

      v.

GIUSEPPE PINO BALDASSARRE, ROBERT MOUALLEM,         11 Civ. 5970 (ARR)
and MALCOLM STOCKDALE,

                  Defendants.
-----------------------------------------------------------------------:

## NOTICE OF APPEARANCE

To:    The Clerk of this court and all parties of record

       Please enter my appearance as additional counsel for Plaintiff Securities and Exchange Commission in this matter.

       I certify that I am admitted to practice in this Court.

Dated:  New York, New York
           January 18, 2012

                                          Liora Sukhatme
                                          Attorney for Plaintiff
                                          US Securities and Exchange Commission
                                          3 World Financial Center, Room 400
                                          New York, NY 10281
                                          Tel: (212) 336-0136
                                          sukhatmel@sec.gov